| | | | |
|---|---|---|---|
| In the Interest of: K.B. ............... | 1590 EDA 2016<br>Affirmed | 01/23/2017 | 51–FN–386995–2009<br>CP–51–AP–0000299–2016<br>CP–51–DP–0000155–2014<br>(Philadelphia) |
| In the Interest of: E.M.Z. ............. | 1986 EDA 2016<br>Affirmed | 01/23/2017 | CP–51–AP–0000406–2016<br>(Philadelphia) |
| In the Interest of: M.M.Z. ............. | 1988 EDA 2016<br>Affirmed | 01/23/2017 | CP–51–AP–0000407–2016<br>(Philadelphia) |
| In the Interest of: I.D. ................ | 2003 EDA 2016<br>Affirmed | 01/23/2017 | CP–51–DP–0106442–2007<br>(Philadelphia) |
| In the Interest of: M.D. ............... | 2004 EDA 2016<br>Affirmed | 01/23/2017 | CP–51–DP–0001963–2012<br>(Philadelphia) |
| Com. v. Velazquez ................... | 1387 MDA 2016<br>Affirmed | 01/23/2017 | CP–06–CR–0004992–2011<br>(Berks) |
| Deffenbaugh v. Giancola.............. | 1755 WDA 2015<br>Affirmed | 01/23/2017 | No. 2015–10559<br>(Butler) |
| Com. v. Montgomery ................ | 1917 WDA 2015<br>Affirmed | 01/23/2017 | CP–63–CR–0000835–2014<br>(Washington) |
| Com. v. Young ....................... | 1984 WDA 2015<br>Affirmed | 01/23/2017 | FD No 11–001438<br>(Allegheny) |
| Com. v. Mikell ....................... | 20 WDA 2016<br>Affirmed | 01/23/2017 | CP–02–CR–0000976–2015<br>(Allegheny) |
| Com. v. Davis........................ | 21 WDA 2016<br>Affirmed | 01/23/2017 | CP–11–CR–0000582–2014<br>(Cambria) |
| In re R.A.W.; Appeal of M.W. ......... | 1202 WDA 2016<br>Affirmed | 01/23/2017 | No. 2015 AD 60<br>(Blair) |
| Com. v. Martinez .................... | 1736 EDA 2015<br>Vacated and<br>Remanded | 01/24/2017 | CP–51–CR–0015196–2008<br>(Philadelphia) |
| Yamialkowski v. Berry................ | 2280 EDA 2015<br>Affirmed | 01/24/2017 | 461–Civil–2013<br>(Wayne) |
| Com. v. Urgent ...................... | 2829 EDA 2015<br>Affirmed | 01/24/2017 | CP–39–CR–0005396–2014<br>(Lehigh) |
| Com. v. Walker ...................... | 3573 EDA 2015<br>Affirmed | 01/24/2017 | CP–51–CR–0004505–2012<br>(Philadelphia) |
| Abedinaj v. Marc..................... | 299 EDA 2016<br>Affirmed | 01/24/2017 | 140200758<br>(Philadelphia) |